IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

INTEGRITY CAPITAL, INC.,
    Plaintiff,

vs.                                   Case No. 3:06cv386/MCR/EMT

LEWIS DANIEL TURBERVILLE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

       This matter is before the court on Plaintiff's motion to dismiss the instant case without prejudice (Doc. 7).  On September 11, 2006, Plaintiff initiated this action seeking to enroll a foreign judgment pursuant to the Florida Enforcement of Foreign Judgments Act, Fla. Stat. §§ 55.501–55.509 (Doc. 1 at 1).  On October 13, 2006, Defendant filed an answer, contending that this court lacks jurisdiction over this case and requesting that this case be dismissed (Doc. 5 at 1). This court filed an order to show cause, giving Plaintiff thirty days to either set forth a basis for jurisdiction or file a notice of voluntary dismissal (Doc. 6 at 2).

       Since both parties have requested that this case be dismissed (Doc. 5 at 1, Doc. 7), it is recommended that Plaintiff's motion be granted.  *See* Fed. R. Civ. P. 41(a)(2).

       Accordingly, it is respectfully **RECOMMENDED**:

       That Plaintiff's motion to dismiss (Doc. 7) be **GRANTED** and this case be **DISMISSED without prejudice**.

       At Pensacola, Florida, this 1st day of December 2006.

                                         /s/ *Elizabeth M. Timothy*
                                         **ELIZABETH M. TIMOTHY**
                                         **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**