IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

INTEGRITY CAPITAL, INC.,
    Plaintiff,

vs.                                       Case No. 3:06cv386/MCR/EMT

LEWIS DANIEL TURBERVILLE,
    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 1, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's motion to dismiss (Doc. 7) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 4th day of January, 2007.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**